1/3/24

CASE, 2:22-CV-04606-PD Document 6 File 02/23/23

| | |
|---|---|
| Clerk of Court EDPA | Jose L. Ramos Vargas |
| Edward N. Cahn US Courthouse | QP5900 |
| And Federal Building | 1100 Pike Street |
| 504 W. Hamilton Street | Huntingdon, 16654 |
| Allentown, P.A. 18101 | |

"Dear" Mr. Edward the reason for this one is to tell you sir that I want to make a law sui to Huntingdon, Prison Amminitratio for false imprisonment and I explain....

On January 25 2022 I was arrested and kidnap for ~~SORRY~~ fabricate me some charges that on February 1 and 2-3 was dismise trail with a jury or then on February 15, 2023 The Honorable Paula A. Roscioli sentenced me Mr. Ramos Vargas to one to two years in state prison for his conviction for M2 Simple assault "At the time of sentencing, me Mr. Ramos Vargas had been in Northampton County since his January 25, 2022 arrest, a period of one year and 20 days" and now that I am close to my maximum date January 25, 2024 they want to hold me two more month illegal with false imprisonment and I can't aset that sir Sorry... They Abusing

Jose Ramos Vargas



Smart Communications/PADOC
SCI-Huntingdon
Name Jose L. Ramos Vargas
Number QP5900
PO Box 33028
St Petersburg FL 33733

To: Clerk of Court EDPA
Edward N. Cahn US Courthouse
And Federal Building
504 W. Hamilton Street
Allentown, PA. 18101

RECEIVED JAN - 8 2024