IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE L. RAMOS-VARGAS,** : |  |
| **Plaintiff,** : |  |
| : |  |
| **v.** : | Civ. No. 24-0089 |
| : |  |
| **HUNTINGDON PRISON** : |  |
| **ADMINISTRATION,** : |  |
| **Defendant.** : |  |

## ORDER

Ramos-Vargas filed this lawsuit against the "Huntingdon Prison Administration" at SCI Huntingdon. SCI Huntingdon is located in Huntingdon County, which is in the Middle District of Pennsylvania. 28 U.S.C. § 118(b). As there is no apparent basis for venue in this district, I will transfer Ramos-Vargas's Complaint to the United States District Court for the Middle District of Pennsylvania, where the events giving rise to his claims occurred and where the Defendant is located. See 28 U.S.C. §§ 118(b), 1391(b) & 1406(a); Lafferty v. St. Riel, 495 F.3d 72, 74-75 & n.3 (3d Cir. 2007) (declining to disturb district court's *sua sponte* transfer under § 1406(a)); Decker v. Dyson, 165 F. App'x 951, 954 n.3 (3d Cir. 2006) (district court may *sua sponte* transfer case under § 1406(a)).

**AND NOW**, this 23rd day of January, 2024, upon consideration of Plaintiff Jose L. Ramos-Vargas's *pro se* Complaint (Doc. No. 1), it is **ORDERED** that the Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

*/s/ Paul S. Diamond*
_____
**PAUL S. DIAMOND, J.**